CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar No. 14040
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6059
FAX: (702) 388-6336
Lisa.Cartier-Giroux@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STEVEN GAO,<br><br>                    Defendant. | Case No. 2:12-mj-00106-DJA<br><br>**MOTION AND ORDER TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

The United States of America by CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and Lisa C. Cartier-Giroux, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought

///

///

1

against defendant STEVEN GAO contained in the criminal complaint in case number 2:12-mj-00106-DJA.

DATED this 1st day of March, 2021.

                                                                Respectfully submitted,

                                                                CHRISTOPHER CHIOU
                                                                Acting United States Attorney

                                                               */s/ Lisa C. Cartier Giroux*
                                                              LISA C. CARTIER GIROUX
                                                              Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-mj-00106-DJA |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF THE CRIMINAL COMPLAINT WITHOUT PREJUDICE** |
| STEVEN GAO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant STEVEN GAO contained in the criminal complaint in case number 2:12-mj-00106-DJA.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Lisa C. Cartier Giroux*
LISA C. CARTIER GIROUX
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant STEVEN GAO contained in the criminal complaint in case number Case No. 2:12-mj-00106-DJA.

DATED this __2nd__ day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3